IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GUILLERMO EDUARDO
CENTENO-MARROQUIN,

    Petitioner,

v.                                  Case No. 1:17cv172-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 26. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's amended Motion to Dismiss, ECF No. 21, is **GRANTED**. The amended Petition for Writ of Habeas Corpus, ECF No. 4, is **DISMISSED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on November 5, 2018.

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**